CV5-720 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00720-CV







Frances Benoit, Individually and as a Representative of the Estate of 

Eva Jean Benoit, Deceased, Appellant


v.



Bertram Enoch Joseph, M. D., Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. 94-07097-A, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss, stating that he "nonsuits and dismisses his
claims, with prejudice, against Defendant Bertram Enoch Joseph, M.D." We grant appellant's
motion and dismiss the appeal. Tex. R. App. P. 59(a)(1)(A). Costs of the appeal will be taxed
against appellant. Tex. R. App. P. 82.




Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: April 3, 1996

Do Not Publish